# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-3821

_____

Claude E. Parnell,                                    *
                                                      *
                          Appellant,                  *
                                                      *   Appeal from the United States
         v.                                           *   District Court for the Eastern
                                                      *   District of Missouri.
Pat Smith, Asst. Supt.; Fred Johnson,                 *
FUM; Dr. Steven Crawford; Unknown                     *       [UNPUBLISHED]
Montgomery, C.O.I.; Unknown                           *
Rhodes, C.O.I.; Unknown Barnouse,                     *
(All being sued in both their individual              *
and official capacities); Unknown                     *
Nixson, Disciplinary Hearing Official,                *
                                                      *
                          Appellees.                  *

_____

Submitted:  July 1, 2003
     Filed:  August 5, 2003

_____

Before BOWMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

         Missouri inmate Claude Parnell appeals the district court's[1] adverse grant of
summary judgment in his 42 U.S.C. § 1983 action against defendant corrections

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern
District of Missouri.

officials and officers.  Having carefully reviewed the record de novo, we conclude the district court properly granted summary judgment, and did not abuse its discretion in its rulings on discovery and Parnell's motion for appointed counsel.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.